IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

DEBORAH LAUFER,               *
                              *
    Plaintiff,                *
                              *
    v.                        *       CV 320-035
                              *
RAGHAV ENTERPRICE INC,        *
                              *
    Defendant.                *

## O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal with prejudice. (Doc. 12.) Because Defendant has neither answered the complaint nor moved for summary judgment, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE